JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DILEWAR SINGH,                              )    Case No. ED CV 26-00440 FMO (AJR)
                                           )
        Petitioner,              )
                                           )
        v.                          )    **JUDGMENT**
                                           )
WARDEN DESERT VIEW ANNEX, et al.,  )
                                           )
        Respondents.             )
                                           )
_____ )
                                           )

      Pursuant to the Order Granting Petition for Writ of Habeas Corpus, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT the Petition is granted. Respondents shall release petitioner forthwith. The above-captioned action is dismissed without prejudice.

Dated this 9th day of February, 2026.

                                    /s/
                             Fernando M. Olguin
                      United States District Judge